USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-13-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

                     Plaintiffs,

v.

ZIFF DAVIS, LLC., a Delaware limited liability company,

                     Defendant.

18 Civ. 224 (DLC)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**TO THE COURT, AND DEFENDANT AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Personal Web Technologies, LLC and Level 3 Communications, LLC (collectively, "Plaintiffs") hereby give notice that the above-captioned action against ZIFF DAVIS, LLC is voluntarily dismissed, without prejudice.

Dated: April 5, 2018

So ordered.
/s/ Denise Cote
4/13/18

KENT, BEATTY & GORDON, LLP

/s/ *Jack A. Gordon*
Jack A. Gordon
Joshua B. Katz
Eleven Times Square, 10th Floor
New York, New York 10036
(212) 421-4300
jag@kbg-law.com
jbk@kbg-law.com
*Attorneys for Plaintiffs*

IP LAW GROUP, LLP

/S/ *Michael A. Sherman*
Michael A. Sherman

Jeffrey F. Gersh
Sandeep Seth
Wesley W. Monroe
Viviana Boero Hedrick
15260 Ventura Blvd., Suite 840
Sherman Oaks, CA 91403
Telephone: (818) 444-9270
michaelsherman@iplawllp.com
jeffgersh@iplawllp.com
wesleymonroe@iplawllp.com
sandyseth@iplawllp.com
vivianahedrick@iplawllp.com
*Attorneys for PersonalWeb Technologies, LLC*

David D. Wier (pro hac vice
application to be submitted)
Vice President and
Assistant General Counsel
Level 3 Communications, LLC
1025 Eldorado Boulevard
Broomfield, CO 80021
Telephone: (720) 888-3539
David.wier@level3.com
*Attorneys for Level 3 Communications, LLC*